GEORGE G. POLIAKOFF, Appellant, v. FEOKTISTA POLIAKOFF, Also Known as FEOKTISTA BARSTOW, and ROGER LEWIS BARSTOW, Also Known as ROGERS LEWIS BARSTOW, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIO FRANK NEURONI, Appellant.— Motion to enlarge time to perfect and argue appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MANASSE NOUSKAJIAN, Appellant.— Motion to enlarge time to perfect and argue appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES F. WILCOX, Appellant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY E. DIXEY and Others, Appellants, v. JOSEPH E. ESQUIROL, as Chief Clerk, etc., Respondent.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON WOLLENS, Appellant, v. ROSE WOLLENS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LAVINA W. REDDIN, Also Known as LAVINA W. HAUGHTON, Respondent, v. GREAT AMERICAN INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GEORGE J. ROSENTHAL, Respondent, v. HARRY ENGEL and JACOB A. MITTEN-THAL, as Administrators with the Will Annexed of the Estate of MARTIN ENGEL, Deceased, and Others, Appellants.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

ROSENWASSER BROS., INC., Respondent, v. HENRY BLYN and JACOB BLYN, Appellants.— Motion for stay of examination before trial granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

FEZON S. SHANNON, Respondent, v. HEYWARD H. SHANNON, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

SKANDINAVISKA GRANIT AKTIEBOLA-GET, Appellant, v. JOSEPH WEISS, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LOTTIE SNYDER, Appellant, v. SAMUEL BRILL, Respondent. PARKBROOK REALTIES, INC., Defendant. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.